**Robert A. REED, Plaintiff—Appellant,**

v.

**James V. PEGUESE, Warden of MCH–X Prison; Sharale Adams, Correctional Officer II; Trent Miles, Sergeant; Anna Maddox, Defendants—Appellees.**

No. 03–7634.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 9, 2004.

Robert A. Reed, Appellant pro se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert A. Reed appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Reed v. Peguese,* No. CA–03–726–PJM (D.Md. filed Sept. 26, 2003 & entered Sept. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED*